Todd R. Evert, In Pro Per

**RECEIVED**
JUL 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2007 JUL 24 PM 3:21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

Magistrate Judge Joseph C. Spero

### United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| Todd R. Evert<br>P.O. Box 1415<br>Lafayette, CA 94549<br>*Plaintiff*<br><br>v.<br><br>United States of America;<br>Bryan Gower, USCG<br>*Defendant* | Case No. C 07-2140 JCS<br><br>Request to appear by telephone at Case Management Conference set for July, 27, 2007 at 1:30 p.m. |

To Magistrate Judge Joseph C. Spero, c/o Karen Hom, Courtroom Deputy:

My name is Todd Evert. I have a Case Management Conference scheduled on July 27th, 2007.

I would like to appear at my Case Management Conference by telephone. I am unable to attend the CMC in person because of a Medical Emergency.

<u>Phone Number where I may be called at the time of the CMC:</u>

**(925) 283-0333**

I understand that I must be available at the telephone number I have provided above for a minimum of two hours after the scheduled time of the CMC to allow for scheduling changes and delays.

I further understand that if I am not present at the above phone number at the time of the CMC, the CMC may proceed without me and an Order may be entered.

Thanking you in advance for your kind consideration of my request.

Respectfully submitted,

Dated this 23rd day of July, 2007

Todd R. Evert
In Pro Per

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
Date 7/24/07

Request to Appear by Telephone - 1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD R. EVERT,<br><br>      Plaintiff,<br><br>v.<br><br>BRYAN GOWER et al,<br><br>      Defendant.<br>_____/ | Case Number: CV07-02140 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd R. Evert
P.O. Box 1415
Lafayette, CA 94549

Dated: July 24, 2007

Karen L. Hom

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk