```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD R. EVERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. C 07-2140 JCS <br><br> **STIPULATION TO DISMISS; and [PROPOSED] ORDER** |

The Plaintiff, appearing *pro se*, and Defendant, by and through their attorney of record, hereby stipulate, subject to approval of the Court, that the above-entitled action shall be dismissed in its entirety, with prejudice, for all parties and claims asserted in the above-captioned action.

Plaintiff acknowledges satisfactory receipt of the agreed-upon sum of Four Thousand and Three Hundred Dollars ($4,300.00) from Defendant as agreed to in the Stipulation and Agreement of Compromise signed by the Parties on February 15, 2008, and ordered by the Court on February 25, 2008.

///

///

///

///

Stipulation to Dismiss
C07-2140 JCS                                          1

Dated: March 29, 2008                                        /s/
                                                        TODD EVERT
                                                        Plaintiff



                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


Dated: March 24, 2008                                        /s/
                                                        ILA C. DEISS
                                                        Assistant United States Attorney
                                                        Attorneys for the Defendant


                                    **ORDER**

**SO ORDERED.**

Dated:  April 4, 2008
                                                        _____
                                                        JOSEPH C. SPERO
                                                        United States Magistrate Judge

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

Stipulation to Dismiss
C07-2140 JCS                                2